IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                              Criminal No. 6:11CR60028-001

LOYTON SCOTT FRANCIS,
    Defendant.

## FINAL ORDER OF FORFEITURE

On March 29, 2013, the Court entered a Preliminary Order of Forfeiture in this case in accordance with Fed.R.Crim. P.32.2(b) (Doc. 34). In the Preliminary Order of Forfeiture, the following asset was forfeited to the United States subject to any potential third party interests:

> An Acer Aspire 1600 computer serial number 95307441627, also identified with serial number PTSCL05004953122B02701.

The United States was required to publish notice of this order pursuant to Fed.R.Crim.P. 32.2(b)(6). On May 9, 2013, an attorney for the United States filed a Notice of Proof of Publication, showing that for 30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov. No third party claims have been filed.

Accordingly it is hereby ORDERED, DECREED, AND ADJUDGED:

That based upon the guilty plea and the plea agreement of the parties, pursuant to Fed.R.Crim.P. 32.2(b)(4), the Preliminary Order of Forfeiture entered on March 29, 2013, shall become final at this time.

The computer described herein is hereby forfeited to the United States to be disposed of according to law.

IT IS SO ORDERED this 19th day of May, 2014.

                                                    HONORABLE ROBERT T. DAWSON
                                                    UNITED STATES DISTRICT JUDGE