IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF/RESPONDENT

v.                           Case No. 6:11-cr-60028

LOYTON SCOTT FRANCIS                                          DEFENDANT/MOVANT

# ORDER

Before the Court is the Report and Recommendation filed September 19, 2017, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 66). Judge Bryant recommends that Movant Loyton Scott Francis's Motion to Vacate, Set Aside, or Correct a Sentence Pursuant to 28 U.S.C. § 2255 (ECF No. 61) should be denied. Specifically, Judge Bryant finds that Movant's section 2255 motion was untimely filed, and that assuming *arguendo* that the motion is timely, Movant's argument for resentencing based on an alleged misapplication of U.S.S.G. § 2G2.1 fails because Movant was not sentenced under section 2G2.1, but rather was sentenced under section 2G2.2.

Movant has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 66) *in toto*. Movant's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (ECF No. 61) is hereby **DENIED**.

**IT IS SO ORDERED**, this 17th day of October, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge